UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | ) | Case No. | **13-33436-elp7** | (If Known) |
|---|---|---|---|---|
| **Natalya B. Hendricks** | ) | | | |
| | ) | CHAPTER 7 INDIVIDUAL DEBTOR'S* | | |
| | ) | STATEMENT OF INTENTION(S) | | |
| Debtor(s) | ) | PER 11 U.S.C. §521(a) | | |

**\*IMPORTANT NOTICES TO DEBTOR(S):**
(1) **SIGN AND FILE this form** <u>even if</u> you show "NONE," <u>**AND**</u>, if creditors are listed, **have the service certificate COMPLETED**; <u>**AND**</u>
(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under 11 U.S.C. §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A -** Debts secured by property of the estate. (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**US Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**9156 SW Wilshire St, Portland, OR 97225**<br>**(Personal residence - 1/2 interest Total value**<br>**$160,000.00)** |

Property will be (check one): ☐ SURRENDERED    ■ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain (for example, avoid lien using 11 USC §522(f)  **Retain and pay according to contract**

Property is (check one): ■ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**US Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**9156 SW Wilshire St, Portland, OR 97225**<br>**(Business debt)**<br>**(Personal residence - 1/2 interest Total value**<br>**$160,000.00)** |

Property will be (check one): ☐ SURRENDERED    ■ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain (for example, avoid lien using 11 USC §522(f)  **Retain and pay according to contract**

Property is (check one): ■ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2)<br>☐ YES    ☐ NO |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

*I DECLARE UNDER PENALTY OF PERJURY THAT* THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.

DATE: __June 10, 2013__

**/s/ Natalya B. Hendricks**

DEBTOR'S SIGNATURE

_____
JOINT DEBTOR'S SIGNATURE (If applicable)

*I/WE, THE UNDERSIGNED, CERTIFY THAT COPIES OF* BOTH *THIS DOCUMENT* AND *LOCAL FORM #715 WERE SERVED ON* ANY CREDITOR NAMED ABOVE.

DATE: __June 10, 2013__

**/s/ Ann K. Chapman**                                   **83283**

DEBTOR OR ATTORNEY'S SIGNATURE                OSB# (if attorney)

JOINT DEBTOR'S SIGNATURE (If applicable and no attorney)

**Ann K. Chapman 83283    503-241-4869**

PRINT OR TYPE SIGNER'S NAME & PHONE NO.

**319 SW Washington**
**Suite 520**
**Portland, OR 97204**

SIGNER'S ADDRESS (if attorney)

## NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS

Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

## QUESTIONS????

**Call an attorney with questions about these procedures or the law.  However, only call the debtor's attorney if you have questions about the debtor's intent as to your collateral.**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**PROCEDURES CREATED BY THE BANKRUPTCY COURT CONCERNING REQUESTS FOR NON-JUDICIAL RELIEF FROM THE AUTOMATIC STAY AS TO SECURED COLLATERAL IN CHAPTER 7 CASES**

If you are interested in expediting relief from the automatic stay of 11 U.S.C. §362(a) as to property in which you hold a security interest, **YOU MUST FURNISH** the trustee a statement of the balance due and estimated property value.  **ALSO ATTACH** a copy of your security agreement and other documents required for perfection (e.g., if the security is an automobile, a copy of the certificate of title showing your security interest). **YOU MUST ALSO ATTACH** a completely filled out (except for signatures) copy of LBF #750.

**DO NOT FILE THE REQUEST NOR ANY COPIES THEREOF WITH THE COURT! ALSO, YOU ARE NOT REQUIRED TO FILE THE COMPLETED LBF #750 WITH THE COURT TO MAKE THIS RELIEF EFFECTIVE!**

Under §522(f) of the Bankruptcy Code the debtor may request a judicial lien or a non-possessory, non purchase-money security interest on certain exempt property be voided to the extent the exemption is impaired by the lien or security interest.  Under §722 the debtor may request the court determine the value of certain personal property and permit the debtor to redeem the property from any lien against it by paying that value to the lien holder. Because of these two sections, the consent of both the trustee and debtor is required to permit a repossession or foreclosure without court order.

IF YOUR REQUEST TO RECEIVE NON-JUDICIAL RELIEF FROM STAY WILL BE MADE AT THE MEETING OF CREDITORS (OR IS SERVED WITHIN 15 DAYS PRIOR TO SUCH MEETING and therefore will be considered at the meeting), it must be in writing and contain all the information required in paragraph one.  Copies of all documents must be submitted to the debtor and any debtor's attorney prior to that meeting.

IF YOU WISH TO RECEIVE NON-JUDICIAL RELIEF FROM STAY PRIOR TO THE MEETING OF CREDITORS, OR IF YOUR REQUEST IS MADE AFTER THE MEETING OF CREDITORS, IT MUST BE IN WRITING and contain all the information required in paragraph one.  If the request includes a signed debtor stipulation, nothing further is required and the trustee may immediately process the request. However if the request does not include a signed debtor stipulation, then it MUST BOTH: (1) certify copies of all documents were simultaneously served on (e.g., mailed to) the debtor and any debtor's attorney, AND (2) clearly set out the following notice:

> "By way of this letter the debtor is informed that the trustee may grant non-judicial relief from the automatic stay as to the property UNLESS THE TRUSTEE IS NOTIFIED IN WRITING WITHIN 15 DAYS AFTER THE SERVICE OF THIS REQUEST THAT THE DEBTOR OBJECTS TO SUCH RELIEF.  Such relief shall constitute a termination of the stay provided by 11 U.S.C. §362(a) and will permit this creditor to foreclose his lien or security interest by repossession or as otherwise provided by law."

Objections to non-judicial relief from the automatic stay, unless made at the meeting of creditors, must be in writing, with a copy simultaneously served on the debtor, requesting creditor, trustee, and their respective attorneys of record.  The objection must be post-marked by the 15th day after the request was served, and received by the trustee within 20 days, or the trustee may grant the request.

If the trustee receives a timely objection from the debtor, the trustee shall not grant non-judicial relief or consider repetitive requests by the same creditor unless the debtor withdraws such objection in writing.

The trustee will grant non-judicial relief from the automatic stay if the above requirements are met, the debtor either does not timely object or stipulates in writing to such relief, and there appears to be no equity in the property for the benefit of creditors.

Signing of LBF #750 by the trustee, granting non-judicial relief, shall constitute a termination of the stay of an act against such property under 11 U.S.C. §362(a).  The trustee, however, shall not be deemed to have abandoned his/her interest in the property, nor have waived any other rights as to the property.  Any non-exempt equity in the property remaining after disposition shall be immediately returned to the trustee.

If either the trustee or debtor(s) will not agree to such relief for any reason, you must file a motion for relief from stay under §362(d).  Instructions and forms may be obtained from the court's web site at www.orb.uscourts.gov.

IMPORTANT.  All requests to the trustee MUST be accompanied by a self-addressed and stamped envelope, or the trustee need not respond.

**\*\*\*SEE REVERSE/ATTACHED\*\*\***

715 (8/8/08)

B6 Summary (Official Form 6 - Summary) (12/07)

`

# United States Bankruptcy Court
## District of Oregon

In re    **Natalya B. Hendricks**                          ,    Case No.    **13-33436-elp7**

Debtor

Chapter             **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 80,000.00 | | |
| B - Personal Property | Yes | 3 | 17,445.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 159,514.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 1,159,736.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,947.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,397.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 97,445.00 | | |
| Total Liabilities | | | | 1,319,250.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Oregon

In re    **Natalya B. Hendricks** _____ ,    Case No.   **13-33436-elp7** _____

                                    Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Natalya B. Hendricks** _____,   Case No. __**13-33436-elp7**_____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9156 SW Wilshire St, Portland, OR 97225 (Personal residence - 1/2 interest Total value $160,000.00)** | **Joint tenant** | - | **80,000.00** | **159,514.00** |

|  | Sub-Total > | **80,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **80,000.00** |  |

__**0**__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Natalya B. Hendricks**                                      ,    Case No.   **13-33436-elp7**

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 21.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **OnPoint Credit Union - Checking #3690-8 traceable to unemployment** | - | 624.00 |
| | | **OnPoint Credit Union - savings #3690-1** | - | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishing- 1/2 Interest - Total Value $3500** | - | 1,750.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, Art, Collectibles 1/2 interest - total value $900** | - | 450.00 |
| 6. Wearing apparel. | | **Wearing apparel** | - | 600.00 |
| 7. Furs and jewelry. | | **Wedding Ring** | - | 900.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Nationwide term life policy- No cash value (spouse beneficiary)** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **4,645.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Natalya B. Hendricks**                                          ,    Case No.    __13-33436-elp7__
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Vanguard IRA** | - | **12,600.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **90% interest in American Steel Products, Inc - negative equity** | - | **Unknown** |
| | | **85% interest in ASP Group, LLC - negative equity** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Claim against American Steel Products for loans made in excess of $100,000.00 - face value (uncollectible)** | - | **Unknown** |
| | | **Claim against American Steel Products for $1,200.00 for sale of two vehicles approximately 4 to 5 years ago - uncollectible** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                    Sub-Total >          **12,600.00**
                                                (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Natalya B. Hendricks**                                      ,      Case No.   **13-33436-elp7**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Toshiba laptop, HP printer** | - | **200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >     **200.00** |
|---|---|
|  | (Total of this page) |
|  | Total >     **17,445.00** |

Sheet   __2__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Natalya B. Hendricks**                                    ,    Case No.    **13-33436-elp7**
                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **9156 SW Wilshire St, Portland, OR 97225 (Personal residence - 1/2 interest Total value $160,000.00)** | ORS §§ 18.395, 18.402 | 40,000.00 | 160,000.00 |
| **Cash on Hand** | | | |
| **Cash** | ORS § 18.345(1)(o) | 21.00 | 21.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **OnPoint Credit Union - Checking #3690-8 traceable to unemployment** | ORS § 18.348 | 100% | 624.00 |
| **OnPoint Credit Union - savings #3690-1** | ORS § 18.345(1)(o) | 300.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishing- 1/2 Interest - Total Value $3500** | ORS § 18.345(1)(f) | 1,750.00 | 3,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, Pictures, Art, Collectibles 1/2 interest - total value $900** | ORS § 18.345(1)(a) | 450.00 | 900.00 |
| **Wearing Apparel** | | | |
| **Wearing apparel** | ORS § 18.345(1)(b) | 600.00 | 600.00 |
| **Furs and Jewelry** | | | |
| **Wedding Ring** | ORS § 18.345(1)(b) | 900.00 | 900.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Vanguard IRA** | ORS § 18.358 | 100% | 12,600.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Toshiba laptop, HP printer** | ORS § 18.345(1)(c) | 200.00 | 200.00 |
| | Total: | 57,445.00 | 179,645.00 |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Natalya B. Hendricks__ ,     Case No. __13-33436-elp7__
                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7257** | | | 01/2009 | | | | | |
| **US Bank Home Mortgage** **PO Box 2005** **Owensboro, KY 42304** | X | - | **Mortgage** **9156 SW Wilshire St, Portland, OR 97225** **(Personal residence - 1/2 interest Total value $160,000.00)** | | | | | |
| | | | Value $         **160,000.00** | | | | **153,076.00** | **0.00** |
| Account No. **7330** | | | 01/2009 | | | | | |
| **US Bank Home Mortgage** **PO Box 2188** **Oshkosh, WI 54903** | X | - | **Equity Line of Credit** **9156 SW Wilshire St, Portland, OR 97225** **(Business debt)** **(Personal residence - 1/2 interest Total value $160,000.00)** | | | | | |
| | | | Value $         **160,000.00** | | | | **6,438.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

             Subtotal | **159,514.00** | **0.00**
(Total of this page)

             Total | **159,514.00** | **0.00**
(Report on Summary of Schedules)

B6E (Official Form 6E) (4/13)

In re    **Natalya B. Hendricks**                                      ,    Case No.    **13-33436-elp7**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

            1    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Natalya B. Hendricks**                                                    ,    Case No.    **13-33436-elp7**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Precautionary | | | | | |
| IRS By Eric Holder, Attorney General 10th Constitution NW #4400 Washington, DC 20530 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Precautionary | | | | | |
| IRS Centralized Insolvency PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Precautionary | | | | | |
| IRS By S. Amanda Marshall, US Atty 1000 SW 3rd Ave Ste 600 Portland, OR 97204-2936 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Precautionary | | | | | |
| ODR ATTN: Bankruptcy Unit 955 Center St NE Salem, OR 97301 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Precautionary | | | | | |
| ODR c/o Ellen Rosenblum, Attorney General Oregon Department of Justice 1162 Court St, NE Salem, OR 97301-4096 | - | | | | | | | | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Natalya B. Hendricks** , Case No. **13-33436-elp7**

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6517** <br><br> **Aflac** <br> **1932 Wynnton Rd** <br> **Columbus, GA 31999** | X | - | | | Corporate Precautionary | | | | 0.00 |
| Account No. **0441** <br><br> **Airgas USA, LLC** <br> **3737 Worsham Ave** <br> **Long Beach, CA 90808** | X | - | | | Corporate Debt - Personal Guarantee | | | | 3,060.00 |
| Account No. **1005** <br><br> **American Express** <br> **PO Box 981537** <br> **El Paso, TX 79998** | X | - | | | Corporate Debt - Personal Guarantee | | | | 22,880.00 |
| Account No. **1002** <br><br> **American Express** <br> **PO Box 981535** <br> **El Paso, TX 79998** | X | - | | | Corporate Debt - Personal Guarantee | | | | 4,044.00 |

__14__ continuation sheets attached

Subtotal (Total of this page) **29,984.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Natalya B. Hendricks**                                              ,          Case No.    **13-33436-elp7**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | **Alternate Address** | | | | |
| **American Express** c/o Zwicker & Assoc. 800 Federal Street Woburn, MA 01801 | | | | | | | | | 0.00 |
| Account No. | X | | - | | **Alternate Address** | | | | |
| **American Express** c/o GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | | | | | 0.00 |
| Account No. | X | | - | | **Alternate Address** | | | | |
| **American Express** c/o Zwicker & Associates, PC PO Box 9013 Andover, MA 01810 | | | | | | | | | 0.00 |
| Account No. | | | - | | **Coobligor** | | | | |
| **American Steel Products, Inc.** 10350 N Vancouver Way PMB 295 Portland, OR 97217 | | | | | | | | | 0.00 |
| Account No. | | | - | | **Coobligor** | | | | |
| **ASP Group, LLC** PMB 295 10350 N Vancouver Way Portland, OR 97217 | | | | | | | | | 0.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Natalya B. Hendricks**                                              ,    Case No.    **13-33436-elp7**
                                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0786** | | | Corporate Debt - Personal Guarantee | | | | |
| **Bank of America**<br>**PO Box 15028**<br>**Wilmington, DE 19850** | X | - | | | | | 16,814.00 |
| Account No. **0974** | | | Corporate Debt - Personal Guarantee | | | | |
| **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** | X | - | | | | | 1,400.00 |
| Account No. **0966** | | | Corporate Debt - Personal Guarantee | | | | |
| **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** | X | - | | | | | 14,155.00 |
| Account No. | | | Alternate Address | | | | |
| **Bank of America**<br>**NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27420** | | - | | | | | 0.00 |
| Account No. | | | Alternate Address | | | | |
| **Bank of America**<br>**PO Box 98234**<br>**El Paso, TX 79998** | | - | | | | | 0.00 |

| Sheet no. **2** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **32,369.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Natalya B. Hendricks** , Case No. **13-33436-elp7**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of America** <br> **PO Box 98234** <br> **El Paso, TX 79998** | X | - | Alternate Address | | | | 0.00 |
| Account No. **5332** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | X | - | Alternate Address | | | | 0.00 |
| Account No. **5332** <br><br> **Chase Bank** <br> **POB 15298** <br> **Wilmington, DE 19850-5298** | X | - | Credit card used for business | | | | 5,400.00 |
| Account No. <br><br> **Chase Bank** <br> **PO Box 20507** <br> **Kansas City, MO 64195** | X | - | Alternate Address | | | | 0.00 |
| Account No. **8951** <br><br> **Citibank** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117** | | - | Alternate Address | | | | 0.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **5,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Natalya B. Hendricks**                      ,       Case No.   **13-33436-elp7**

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8951** | | | Corporate Debt - Personal Guarantee | | | | |
| **Citicards**<br>**PO Box 6241**<br>**lbs Cdv Disputes**<br>**Sioux Falls, SD 57117** | X | - | | | | | 8,401.00 |
| Account No. **6006** | | | Corporate Debt - Personal Guarantee | | | | |
| **Colson Services Corp.**<br>**Evergreen Business Capital**<br>**13925 Enterurban Ave South #100**<br>**Seattle, WA 98168** | X | - | | | | | 365,000.00 |
| Account No. | | | Alternate Address | | | | |
| **Colson Services Corp.**<br>**SBA Guarantee**<br>**504 Loan Dept.**<br>**101 Barclay St, 8th Floor East**<br>**New York, NY 10286** | X | - | | | | | 0.00 |
| Account No. **2993** | | | Corporate Debt - Personal Guarantee | | | | |
| **Dell Business Credit**<br>**PO Box 5275**<br>**Carol Stream, IL 60197** | X | - | | | | | 1,550.00 |
| Account No. | | | Alternate Address | | | | |
| **Dell Financial Services**<br>**c/o DFS Customer Care Dept.**<br>**PO Box 81577**<br>**Austin, TX 78708** | X | - | | | | | 0.00 |

Sheet no. **4** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
             (Total of this page)         **374,951.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Natalya B. Hendricks**                                             ,        Case No.    **13-33436-elp7**
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1789** <br><br> **Discover Card** <br> **PO Box 30943** <br> **Salt Lake City, UT 84130** | X | - | **Credit card - used for business** | | | | 4,453.00 |
| Account No. **9640** <br><br> **Farwest Steel Corp.** <br> **PO Box 889** <br> **Eugene, OR 97440** | X | - | **Corporate Debt - Personal Guarantee** | | | | 20,417.00 |
| Account No. <br><br> **Farwest Steel Corp.** <br> **2000 Henderson Ave** <br> **Eugene, OR 97403** | X | - | **Alternate Address** | | | | 0.00 |
| Account No. **8816** <br><br> **Fastenal** <br> **8501 N Albina Ave** <br> **Portland, OR 97217** | X | - | **Corporate Debt - Personal Guarantee** | | | | 1,919.00 |
| Account No. <br><br> **Galvanizers Company** <br> **2406 NW 30th Ave** <br> **Portland, OR 97210** | X | - | **Corporate Debt - Personal Guarantee** | | | | 12,667.00 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **39,456.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Natalya B. Hendricks_____,    Case No. ___13-33436-elp7_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3008** <br><br> **Grafting Pacific LLC** <br> **2775 N Front St.** <br> **Woodburn, OR 97071** | X | - | Corporate Debt - Personal Guarantee | | | | 6,777.00 |
| Account No. **9372** <br><br> **Heritage Bank** <br> **PO Box 9188** <br> **Tacoma, WA 98409** | X | - | Corporate Debt - Personal Guarantee | | | | 119,870.00 |
| Account No. **9214** <br><br> **Heritage Bank** <br> **PO Box 9188** <br> **Tacoma, WA 98409** | X | - | Corporate Debt - Personal Guarantee | | | | 364,527.00 |
| Account No. <br><br> **Heritage Bank** <br> **Credit Administration** <br> **927 Commerce Ave** <br> **Longview, WA 98632** | X | - | Alternate Address | | | | 0.00 |
| Account No. <br><br> **Heritage Bank** <br> **Credit Administration** <br> **PO Box 1518** <br> **Longview, WA 98632** | X | - | Alternate Address | | | | 0.00 |

Sheet no. __6___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**491,174.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Natalya B. Hendricks**                                     ,    Case No.    **13-33436-elp7**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Heritage Bank c/o Alex Poust Schwabe Williamson & Wyatt PC 1211 SW 5th Ave Ste 1900 Portland, OR 97204** | X | - | | | | | 0.00 |
| Account No. | | | Alternate Address | | | | |
| **Heritage Bank PO Box 9188 Tacoma, WA 98409** | X | - | | | | | 0.00 |
| Account No. | | | Alternate Address | | | | |
| **Home Depot Credit Card Services/Citi PO Box 20507 Kansas City, MO 64195** | X | - | | | | | 0.00 |
| Account No. **9074** | | | Corporate Precautionary | | | | |
| **Home Depot Credit Services PO Box 790345 Saint Louis, MO 63179** | X | - | | | | | 0.00 |
| Account No. **4273** | | | Corporate Precautionary | | | | |
| **Indiana Wire Products, Inc. 915 North Ireland St. Greensburg, IN 47240** | X | - | | | | | 0.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Natalya B. Hendricks** ,  Case No. **13-33436-elp7**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt - Personal Guarantee | | | | |
| Industrial Source - Portland National Fire Fighter PO Box 2330 Eugene, OR 97402 | X | - | | | | | 1,725.00 |
| Account No. **1602** | | | Corporate Precautionary | | | | |
| Liberty Northwest PO Box 66521 Saint Louis, MO 63166 | X | - | | | | | 0.00 |
| Account No. | | | Corporate Precautionary | | | | |
| MCK Tool & Supply Co, Inc. PO Box 1465 Vancouver, WA 98668 | X | - | | | | | 0.00 |
| Account No. | | | Coobligor | | | | |
| Michael Knox 9156 SW Wilshire St Portland, OR 97225 | | - | | | | | 0.00 |
| Account No. **7332** | | | Corporate Precautionary Property taxes on 5620 NE 65th Ave | | | | |
| Multnomah County Property Taxation POB 2716 Portland, OR 97208-2716 | X | - | | | | | 0.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,725.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Natalya B. Hendricks** ,                        Case No.    **13-33436-elp7**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NACM** <br> **c/o Dennis Corey** <br> **7931 NE Halsey St, Ste 200** <br> **Portland, OR 97213** | X | - | Corporate Precautionary |  |  |  | 0.00 |
| Account No. <br><br> **NW Caliber, Inc.** <br> **16179 SE 98th Ave, Bldg A** <br> **Clackamas, OR 97015** | X | - | Corporate Debt - Personal Guarantee |  |  |  | 9,840.00 |
| Account No. <br><br> **NW Caliber, Inc.** <br> **c/o Jeffrey S. Seymour, Atty** <br> **4040 Douglas Way** <br> **Lake Oswego, OR 97035** | X | - | Alternate Address |  |  |  | 0.00 |
| Account No. 6315 <br><br> **Office Depot Credit Plan** <br> **PO Box 790449** <br> **Saint Louis, MO 63179** | X | - | Corporate Precautionary |  |  |  | 0.00 |
| Account No. 3685 <br><br> **Pacific Metal** <br> **10700 SW Manhasset** <br> **Tualatin, OR 97062** | X | - | Corporate Debt - Personal Guarantee |  |  |  | 5,062.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,902.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Natalya B. Hendricks**                                      ,        Case No.    **13-33436-elp7**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pacific Metal**<br>**c/o ACA International**<br>**9115 SE Oleson Rd, Ste 105**<br>**Portland, OR 97223** | - | | Alternate Address | | | | 0.00 |
| Account No. <br><br>**Pacific Metal**<br>**c/o ACA International**<br>**PO Box 23909**<br>**Portland, OR 97281** | X - | | Alternate Address | | | | 0.00 |
| Account No. **C131404SC**<br><br>**Powder Tech, Inc.**<br>**9900 SW Herman Rd.**<br>**Tualatin, OR 97062** | X - | | Corporate Debt - Personal Guarantee<br>Small Claims Action | | | | 5,865.00 |
| Account No. <br><br>**Ryerson Portland**<br>**6330 N Basin Ave**<br>**Portland, OR 97217** | X - | | Corporate Debt - Personal Guarantee | | | | 1,748.00 |
| Account No. **6572**<br><br>**SAIF Corp.**<br>**400 High St, SE**<br>**Salem, OR 97312** | X - | | Corporate Precautionary | | | | 0.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,613.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Natalya B. Hendricks**__ _____,      Case No. ___**13-33436-elp7**___
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3659** | | | | | Corporate Precautionary | | | | |
| Scientific Research Company Precision Fabrication 4018 N Williams Ave Portland, OR 97227 | X | - | | | | | | | 0.00 |
| Account No. | | | | | Corporate Debt - Personal Guarantee | | | | |
| Steven Crivaro 506 NW 5th Ave #216 Portland, OR 97209 | X | - | | | | | | | 25,000.00 |
| Account No. **2168** | | | | | Corporate Precautionary | | | | |
| Swan Island Sheet Metal Works, Inc. 5748 NE Columbia Blvd Portland, OR 97218 | X | - | | | | | | | 0.00 |
| Account No. | | | | | Corporate Debt - Personal Guarantee | | | | |
| T.G.R. Logistics, Inc. 10130 SE Brittany Ct. Clackamas, OR 97015 | X | - | | | | | | | 5,550.00 |
| Account No. **8804** | | | | | Corporate Debt - Personal Guarantee | | | | |
| Tacoma Screw Products, Inc. 2001 Center Street Tacoma, WA 98409 | X | - | | | | | | | 4,770.00 |

Sheet no. __**11**__ of __**14**__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)           35,320.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Natalya B. Hendricks**                                    ,          Case No.    **13-33436-elp7**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Corporate Debt - Personal Guarantee | | | | |
| The Steel Yard, Inc. PO Box 4828 Portland, OR 97208 | X | - | | | | | | | | 5,817.00 |
| Account No. | | | | | | Alternate Address | | | | |
| The Steel Yard, Inc. c/o NACM Oregon 7931 NE Halsey #200 Portland, OR 97213 | X | - | | | | | | | | 0.00 |
| Account No. | | | | | | Corporate Precautionary | | | | |
| Tinajin Domcast Machine Co LTD Heidouwo Village Baoping Street Office Baodi, Tinjin 301800 CHINA | X | - | | | | | | | | 0.00 |
| Account No. 9242 | | | | | | Corporate Debt - Personal Guarantee | | | | |
| UPS 28013 Network Place Chicago, IL 60673 | X | - | | | | | | | | 10,289.00 |
| Account No. | | | | | | Alternate Address | | | | |
| UPS PO Box 894820 Los Angeles, CA 90189-4820 | X | - | | | | | | | | 0.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **16,106.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Natalya B. Hendricks**                                            ,        Case No.    **13-33436-elp7**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2488** US Bancorp 425 Walnut St Cincinnati, OH 45202 | X | - | Corporate Debt - Personal Guarantee | | | | 50,058.00 |
| Account No. **7241** US Bank Cb Disputes PO Box 108 Saint Louis, MO 63166 | | - | Credit card | | | | 18,371.00 |
| Account No. **5378** US Bank Cardmember Service PO Box 6353 Fargo, ND 58125 | | - | Credit card | | | | 22,095.00 |
| Account No. **2619** US Bank Cardmember Service PO Box 6353 Fargo, ND 58125 | | - | Credit card | | | | 18,032.00 |
| Account No. US Bank/Evalon 7300 Chapman Hwy Knoxville, TN 37920 | X | - | Corporate Precautionary | | | | 0.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 108,556.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Natalya B. Hendricks**                                              ,        Case No.    **13-33436-elp7**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | Corporate Debt - Personal Guarantee | | | | |
| **Valmont-Pacific States Galvanizing 9700 SW Herman Rd. Tualatin, OR 97062** | X | - | | | | | 2,180.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,180.00

Total
(Report on Summary of Schedules)                1,159,736.00

B6G (Official Form 6G) (12/07)

In re    **Natalya B. Hendricks**                                              ,        Case No. ___**13-33436-elp7**_____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Natalya B. Hendricks**                                                              ,    Case No.    **13-33436-elp7**
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Aflac**<br>**1932 Wynnton Rd**<br>**Columbus, GA 31999** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Airgas USA, LLC**<br>**3737 Worsham Ave**<br>**Long Beach, CA 90808** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Bank of America**<br>**PO Box 15028**<br>**Wilmington, DE 19850** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Chase Bank**<br>**POB 15298**<br>**Wilmington, DE 19850-5298** |

**6**

____ continuation sheets attached to Schedule of Codebtors

In re    **Natalya B. Hendricks**                                             ,          Case No.    **13-33436-elp7**
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Dell Business Credit**<br>**PO Box 5275**<br>**Carol Stream, IL 60197** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Dell Financial Services**<br>**c/o DFS Customer Care Dept.**<br>**PO Box 81577**<br>**Austin, TX 78708** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Farwest Steel Corp.**<br>**PO Box 889**<br>**Eugene, OR 97440** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Fastenal**<br>**8501 N Albina Ave**<br>**Portland, OR 97217** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Galvanizers Company**<br>**2406 NW 30th Ave**<br>**Portland, OR 97210** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Grafting Pacific LLC**<br>**2775 N Front St.**<br>**Woodburn, OR 97071** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Heritage Bank**<br>**PO Box 9188**<br>**Tacoma, WA 98409** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Home Depot Credit Services**<br>**PO Box 790345**<br>**Saint Louis, MO 63179** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Indiana Wire Products, Inc.**<br>**915 North Ireland St.**<br>**Greensburg, IN 47240** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Industrial Source - Portland**<br>**National Fire Fighter**<br>**PO Box 2330**<br>**Eugene, OR 97402** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Natalya B. Hendricks**                                                    ,    Case No.    **13-33436-elp7**
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Liberty Northwest**<br>**PO Box 66521**<br>**Saint Louis, MO 63166** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **MCK Tool & Supply Co, Inc.**<br>**PO Box 1465**<br>**Vancouver, WA 98668** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Multnomah County Property Taxation**<br>**POB 2716**<br>**Portland, OR 97208-2716** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **NW Caliber, Inc.**<br>**16179 SE 98th Ave, Bldg A**<br>**Clackamas, OR 97015** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **NW Caliber, Inc.**<br>**c/o Jeffrey S. Seymour, Atty**<br>**4040 Douglas Way**<br>**Lake Oswego, OR 97035** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Office Depot Credit Plan**<br>**PO Box 790449**<br>**Saint Louis, MO 63179** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Pacific Metal**<br>**10700 SW Manhasset**<br>**Tualatin, OR 97062** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Powder Tech, Inc.**<br>**9900 SW Herman Rd.**<br>**Tualatin, OR 97062** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Ryerson Portland**<br>**6330 N Basin Ave**<br>**Portland, OR 97217** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **SAIF Corp.**<br>**400 High St, SE**<br>**Salem, OR 97312** |

Sheet  **2**  of  **6**  continuation sheets attached to the Schedule of Codebtors

In re  **Natalya B. Hendricks**                                                    ,          Case No.  **13-33436-elp7**
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Colson Services Corp.**<br>**Evergreen Business Capital**<br>**13925 Enterurban Ave South #100**<br>**Seattle, WA 98168** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Scientific Research Company**<br>**Precision Fabrication**<br>**4018 N Williams Ave**<br>**Portland, OR 97227** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Steven Crivaro**<br>**506 NW 5th Ave #216**<br>**Portland, OR 97209** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Swan Island Sheet Metal Works, Inc.**<br>**5748 NE Columbia Blvd**<br>**Portland, OR 97218** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **T.G.R. Logistics, Inc.**<br>**10130 SE Brittany Ct.**<br>**Clackamas, OR 97015** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Tacoma Screw Products, Inc.**<br>**2001 Center Street**<br>**Tacoma, WA 98409** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **The Steel Yard, Inc.**<br>**PO Box 4828**<br>**Portland, OR 97208** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **The Steel Yard, Inc.**<br>**c/o NACM Oregon**<br>**7931 NE Halsey #200**<br>**Portland, OR 97213** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Tinajin Domcast Machine Co LTD**<br>**Heidouwo Village**<br>**Baoping Street Office**<br>**Baodi, Tinjin 301800**<br>**CHINA** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **UPS**<br>**28013 Network Place**<br>**Chicago, IL 60673** |

Sheet  **3**  of  **6**  continuation sheets attached to the Schedule of Codebtors

In re     **Natalya B. Hendricks**                                                            ,          Case No.     **13-33436-elp7**
                                             Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **UPS**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **US Bancorp**<br>**425 Walnut St**<br>**Cincinnati, OH 45202** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Valmont-Pacific States Galvanizing**<br>**9700 SW Herman Rd.**<br>**Tualatin, OR 97062** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Colson Services Corp.**<br>**SBA Guarantee**<br>**504 Loan Dept.**<br>**101 Barclay St, 8th Floor East**<br>**New York, NY 10286** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **US Bank/Evalon**<br>**7300 Chapman Hwy**<br>**Knoxville, TN 37920** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **NACM**<br>**c/o Dennis Corey**<br>**7931 NE Halsey St, Ste 200**<br>**Portland, OR 97213** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **American Express**<br>**c/o Zwicker & Associates, PC**<br>**PO Box 9013**<br>**Andover, MA 01810** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **American Express**<br>**c/o GC Services Limited Partnership**<br>**6330 Gulfton**<br>**Houston, TX 77081** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Bank of America**<br>**PO Box 98234**<br>**El Paso, TX 79998** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Chase Bank**<br>**PO Box 20507**<br>**Kansas City, MO 64195** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Natalya B. Hendricks**                                          ,     Case No.    **13-33436-elp7**
_____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Farwest Steel Corp.**<br>**2000 Henderson Ave**<br>**Eugene, OR 97403** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Heritage Bank**<br>**Credit Administration**<br>**927 Commerce Ave**<br>**Longview, WA 98632** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Heritage Bank**<br>**c/o Alex Poust**<br>**Schwabe Williamson & Wyatt PC**<br>**1211 SW 5th Ave Ste 1900**<br>**Portland, OR 97204** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Heritage Bank**<br>**Credit Administration**<br>**PO Box 1518**<br>**Longview, WA 98632** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Heritage Bank**<br>**PO Box 9188**<br>**Tacoma, WA 98409** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Home Depot Credit Card Services/Citi**<br>**PO Box 20507**<br>**Kansas City, MO 64195** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Pacific Metal**<br>**c/o ACA International**<br>**PO Box 23909**<br>**Portland, OR 97281** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Citicards**<br>**PO Box 6241**<br>**Ibs Cdv Disputes**<br>**Sioux Falls, SD 57117** |
| **American Steel Products, Inc.**<br>**10350 N Vancouver Way**<br>**PMB 295**<br>**Portland, OR 97217** | **Discover Card**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130** |
| **ASP Group, LLC**<br>**PMB 295**<br>**10350 N Vancouver Way**<br>**Portland, OR 97217** | **Heritage Bank**<br>**PO Box 9188**<br>**Tacoma, WA 98409** |

Sheet **5** of **6** continuation sheets attached to the Schedule of Codebtors

In re    **Natalya B. Hendricks**                                        ,    Case No. ___**13-33436-elp7**_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Knox**<br>**9156 SW Wilshire St**<br>**Portland, OR 97225** | **US Bank Home Mortgage**<br>**PO Box 2005**<br>**Owensboro, KY 42304** |
| **Michael Knox**<br>**9156 SW Wilshire St**<br>**Portland, OR 97225** | **US Bank Home Mortgage**<br>**PO Box 2188**<br>**Oshkosh, WI 54903** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Natalya B. Hendricks**                                                    Case No.   **13-33436-elp7**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **Expecting baby** | AGE(S):  **-** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Manufacturing Manager** |
| Name of Employer | | **Intel** |
| How long employed | | **8 yrs** |
| Address of Employer | | **Hillsboro, OR** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **7,010.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **7,010.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **0.00** | $ **1,440.00** |
|    b. Insurance | $ **0.00** | $ **190.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify)     **See Detailed Income Attachment** | $ **0.00** | $ **1,340.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **2,970.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **4,040.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify):   **Net Unemployment Compensation (until baby is born)** | $ **1,907.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,907.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,907.00** | $ **4,040.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,947.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Company in wind-down, may receive periodic pay for short period of time, until wind-down is complete.**

**B6I (Official Form 6I) (12/07)**

In re  **Natalya B. Hendricks**                                          Case No.  **13-33436-elp7**
                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---|---|---|
| **401K** | $ | **0.00** | $ **700.00** |
| **FSA** | $ | **0.00** | $ **208.00** |
| **SPP** | $ | **0.00** | $ **350.00** |
| **Disability** | $ | **0.00** | $ **60.00** |
| **Life insurance** | $ | **0.00** | $ **22.00** |
| **Total Other Payroll Deductions** | $ | **0.00** | $ **1,340.00** |

B6J (Official Form 6J) (12/07)

In re  **Natalya B. Hendricks**                                    Case No.  **13-33436-elp7**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,101.00 |
|    a. Are real estate taxes included? | Yes  **X**   No ___ | | |
|    b. Is property insurance included? | Yes ___   No  **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 250.00 |
|         b. Water and sewer | | $ | 0.00 |
|         c. Telephone | | $ | 0.00 |
|         d. Other  **See Detailed Expense Attachment** | | $ | 675.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 80.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 40.00 |
| 7. Medical and dental expenses | | $ | 400.00 |
| 8. Transportation (not including car payments) | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 125.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|         a. Homeowner's or renter's | | $ | 50.00 |
|         b. Life | | $ | 65.00 |
|         c. Health | | $ | 120.00 |
|         d. Auto | | $ | 175.00 |
|         e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|     (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|         a. Auto | | $ | 0.00 |
|         b. Other  **Home Equity Loan** | | $ | 900.00 |
|         c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ | 1,266.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,397.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 5,947.00 |
| b. | Average monthly expenses from Line 18 above | $ | 6,397.00 |
| c. | Monthly net income (a. minus b.) | $ | -450.00 |

**B6J (Official Form 6J) (12/07)**

In re    **Natalya B. Hendricks**                                                                          Case No.    **13-33436-elp7**

                                                            Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cell phone | $ | 250.00 |
| Internet/Cable | $ | 45.00 |
| Cable | $ | 45.00 |
| HOA dues | $ | 335.00 |
| **Total Other Utility Expenditures** | $ | **675.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| Postage | $ | 5.00 |
| Haircuts/personal grooming | $ | 50.00 |
| Household supplies | $ | 100.00 |
| Future Diaper/Diaper Services | $ | 60.00 |
| Storage | $ | 76.00 |
| Husband's separate expenses (CC $300, vehicle $175) | $ | 475.00 |
| savings) | $ | 500.00 |
| **Total Other Expenditures** | $ | **1,266.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re **Natalya B. Hendricks**

Debtor(s)

Case No. **13-33436-elp7**

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **37** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 10, 2013**

Signature **/s/ Natalya B. Hendricks**

**Natalya B. Hendricks**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Oregon

In re __Natalya B. Hendricks__                                          Case No.    __13-33436-elp7__

_____
Debtor(s)                        Chapter        __7__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,992.32** | **2013 Gross wages (through 5/14/13)** |
| **$43,200.00** | **2012 Gross wages** |
| **$-42,228.00** | **2012 Business loss (Schedule E, line 32)** |
| **$43,200.04** | **2011 Gross wages** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $129.00 | 2011 Dividends |
| $1,447.00 | 2011 Capital gain |
| $16,482.00 | 2011 Gross Partnership/S Corp Income (Schedule E, Line 30) (Net income $3,344) |
| $11.00 | 2012 Interest |
| $227.00 | 2012 Refunds |
| $-6.00 | 2012 Other losses |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **US Bank Home Mortgage** <br> **PO Box 2188** <br> **Oshkosh, WI 54903** | **5/2/13 - $200; 5/16/13 - $3000.00; 5/23/13 - $9000.00 ($6,000.00 of the above amount was paid from debtor's 1/2 of tax refund).** | **$12,200.00** | **$6,438.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Dell Computer $600** | **Water damage to keyboard** | **06/13/2012** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **John Woodworth**<br>**9415 SE Stark St Ste 305**<br>**Portland, OR 97216** | **08/2012** | **$150 (Consultation only)** |
| **Vanden Bos & Chapman, LLP**<br>**319 SW Washington**<br>**Suite 520**<br>**Portland, OR 97204** | | **12/31/12 - $769.50; 1/31/13 - $384.75; 2/28/13 - $182.25; 3/31/13 - $3091.25; 4/30/13 - $2685.00; 5/30/13 - $2,581.25** |
| **Cricket Debt Counseling**<br>**10121 SE Sunnyside Rd.**<br>**Clackamas, OR 97015** | **4/4/13** | **$36** |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Michael Knox**<br>**9156 SW Wilshire St**<br>**Portland, OR 97225**<br>**Spouse** | **10/2012** | **Sold 1/2 interest in 2008 Toyota Prius to spouse; received net proceeds after payoff of car loan of $6,559.00. Funds used for medical bills, living expenses and legal fees.** |
| **Arms length transaction**<br><br>**No relation** | **W/in last 2 yrs** | **Sold 1/2 interest in 1996 Dodge pick-up for $300.00.** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101** | **Checking #6525 (Jointly owned with Spouse)** | **Closed 11/7/12, Balance $197. Funds transferred to new account** |
| **US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101** | **Savings #1966 (Jointly owned with Spouse)** | **Closed 11/13/12, Balance $2,252.50 - funds used for attorney fees, travel, baby furniture, living expenses.** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Michael Knox**<br>**9156 SW Wilshire St.**<br>**Portland, OR 97225** | **2008 Toyota Prius - Value $10,000.00. Vehicle sold to husband prior to bankruptcy but debtor drives.** | **Debtor's Residence** |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **American Steel Products, Inc.** | **7588** | **5620 NE 65th Ave Portland, OR 97218** | **Manufacturing, 90% ownership, operations closed. In windown.** | **09/1998 - present** |
| **ASP Group, LLC** | **4234** | **PMB 295 10350 N Vancouver Way Portland, OR 97217** | **Real estate holding, 85% ownership, building soon to be in foreclosure, houses American Steel Products, Inc.** | **05/2007-Present** |

None
☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **ASP Group, LLC** | **PMB 295 10350 N Vancouver Way Portland, OR 97217** |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert Stacy, CPA 7540 SW Hermoso Portland, OR 97223** | **12/1999-06/2012** |
| **Liliana Nelson 9820 E. Burnside St Portland, OR 97218** | **08/2012-Present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __June 10, 2013__          Signature  __/s/ Natalya B. Hendricks__
                                            __Natalya B. Hendricks__
                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*